IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VICTOR PULLETT,

    Petitioner,

  -vs-                          No. 3:15-cv-1241-DRH-CJP

KIMBERLY BUTLER,

    Respondent.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 (Doc. 1).

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED**, and this cause of action is **DISMISSED with prejudice.** The Court denies a certificate of appealability.

                          JUSTINE FLANAGAN,
                          ACTING CLERK OF COURT

                          BY:  s/*Alex Francis*
                                  **Deputy Clerk**

Judge Herndon
2018.01.29
14:29:21 -06'00'

**APPROVED:**
            **U.S. DISTRICT JUDGE**